**IN THE UNITED STATES DISTRICT COURT FOR THE** **FILED**

**WESTERN DISTRICT OF OKLAHOMA**  AUG 16 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____.DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | No. **CR 23 341 J** |
| -vs-    ) | |
| ) | **Violation:**    18 U.S.C. § 2243(b) |
| LAMARCUS DEWAYNE EDWARDS,    ) | |
| ) | |
| Defendant.    ) | |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Sexual Abuse of a Ward)**

On or about June 18, 2023, in the Western District of Oklahoma,

---------------------------- **LAMARCUS DEWAYNE EDWARDS,** ------------------------

at Cimmaron Correctional Facility, which is a facility under contract with the United States

Marshals Service to house custodial inmates, knowingly engaged and attempted to engage

in a sexual act, as defined by 18 U.S.C. § 2246(2)(B), specifically contact between

**EDWARDS**'s penis and mouth of J.F.-S., a person over whom **EDWARDS** had custodial,

supervisory, and disciplinary authority.

All in violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

TIFFANY EDGMON
Assistant United States Attorney

2