# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  CR-23-341-J |
| | ) | |
| LAMARCUS DEWAYNE EDWARDS, | ) | Violation:  18 U.S.C. § 2244(a)(4) |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

## COUNT 1
### (Abusive Sexual Contact)

On or about June 18, 2023, in the Western District of Oklahoma,

-------------------------- **LAMARCUS DEWAYNE EDWARDS,** -------------------------

an employee at Cimmaron Correctional Facility, which was a facility under contract with

the United States Marshals Service to house custodial inmates, knowingly engaged in or

caused sexual contact with J.F.-S., specifically by intentionally touching with the genitalia,

directly and through clothing, of J.F-S., a person whom **EDWARDS** had custodial,

supervisory, or disciplinary authority over.

All in violation of Title 18, United States Code, Section 2244(a)(4).

ROBERT J. TROESTER
United States Attorney

TIFFANY EDGMON
Assistant United States Attorney